# Third District Court of Appeal

## State of Florida

Opinion filed May 25, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-543
Lower Tribunal Nos. F12-16444, F12-16528

_____

**Juan Gabriel Colon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Juan Gabriel Colon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.